■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFREDO RODRIGUEZ, Appellant. [869 NYS2d 846]

No opinion. Order filed. Concur—Tom, J.P., Saxe, Catterson, Moskowitz and DeGrasse, JJ.